1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| EDWARD VICTOR TAYAG, | ) | |
|---|---|---|
| Petitioner, | ) | No. C 05-4680 CRB (PR) |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| A. P. KANE, Acting Warden, | ) | (Doc # 12) |
| | ) | |
| Respondent. | ) | |
| | ) | |

On March 30, 2007, the court denied petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2254 and the clerk entered judgment in favor of respondent. Petitioner promptly filed a "motion in objection to magistrate judge's report and recommendation."

To whatever extent petitioner's motion (doc # 12) may be construed as a motion for reconsideration, it is DENIED. See Twentieth Century - Fox Film Corp. v. Dunnahoo, 637 F.2d 1338, 1341 (9th Cir. 1981) (motions for reconsideration are not a substitute for appeal or a means of attacking some perceived error of the court).

SO ORDERED.

DATED:   May 16, 2007

CHARLES R. BREYER
United States District Judge